**CERTIFICATE OF SERVICE**

I, Brian A. Sullivan, Esq. hereby certify that on April 8, 2005 I served the foregoing document upon the following parties in the manner indicated:

**VIA ELECTRONIC and OVERNIGHT MAIL:**

William P. Weintraub, Esquire
Ian D. Scharf, Esquire
Pachulski, Stang, Ziehl, Young, Jones
    & Weintraub P.C.
780 Third Avenue
36th Floor
New York, New York 10017-2024
E-Mail: wweintraub@pszyjw.com
        ischarf@pszyjw.com

David G. Heiman, Esquire
Edward J. Sebold, Esquire
Heather Lennox, Esquire
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
E-Mail: hlennox@jonesday.com

Michelle Morgan Harner, Esquire
Jones Day
77 W Wacker Drive
Chicago, Illinois 60601
E-Mail: mmharner@jonesday.com

Richard W. Reinthaler, Esquire
Dianne Coffino, Esquire
Paul J. Brodnicki, III, Esquire
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019
E-Mail: rreinthaler@deweyballantine.com
        dcoffino@deweyballantine.com
        pbrodnicki@deweyballantine.com

Gregg M. Mashberg, Esquire
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
E-mail: gmashberg@proskauer.com


**VIA HAND DELIVERY and E-MAIL:**

Daniel J. DeFranceschi, Esquire
Paul N. Heath, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
E-Mail: defranceschi@rlf.com
   heath@rlf.com

Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 Market Street, Suite 1400
Wilmington, Delaware 19801
E-Mail: mfelger@cozen.com

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, Delaware 19899
E-Mail: ljones@pszyjw.com
   dcarickhoff@pszyjw.com


/s/ Brian A. Sullivan
Brian A. Sullivan